WILLIAM COLLINS *v.* HORATIO UNDERWOOD and another.

The code has not given to the district or justices' courts in the city of New York jurisdiction in actions brought for the recovery of seamen's wages.

THE plaintiff in this suit sued the defendants in the second district court for $100, being his wages as a seaman on board their brig. The defendants demurred to the complaint, on the ground that the court had no jurisdiction over the subject matter of the action. The justice sustained the demurrer, and gave judgment for the defendants, from which the plaintiff appealed.

*F. Hart*, for appellant, cited Code, § 66, and §§ 53, 54, 468.

*H. W. Channing*, for respondents, cited Laws of the state of New York relative to the city of New York, act of 1819, § 2, p. 475; Id. § 106; Code, § 65.

BY THE COURT. DALY, J.—The provis ons of the code respecting the jurisdiction of the district or justices' courts, in the city of New York, have not repealed the prohibitory act depriving such courts of jurisdiction in actions brought for the recovery of seamen's wages.